

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2022

No. 04-21-00095-CV

**MEAT SUPPLY, LLC,**
Appellant

v.

**510 GOOD LATIMER, LLC,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11151
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellant's motion for rehearing and/or reconsideration en banc is currently due on March 24, 2022. *See* TEX. R. APP. P. 49.1, 49.5. On March 17, 2022, appellant filed an opposed motion requesting an extension of time to file its motion for rehearing and/or reconsideration en banc until April 25, 2022. After consideration, appellant's motion is **GRANTED**. We **ORDER** appellant to file its motion for rehearing and/or reconsideration en banc **by April 25, 2022**.

It is so **ORDERED** on this 22nd day of March, 2022.

PER CURIAM

ATTESTED TO: _____

MICHAEL A. CRUZ, Clerk of Court